# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW C ZDANKOWSKI aka AIDEN JAMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AIDAN LAPRETE POWELL, et al.,<br><br>Defendants. | Case No. 2:18-cv-07876-AB-AFM<br><br>Judge: Hon. Andre Birotte, Jr.<br><br>**ORDER DISMISSING PROCEEDINGS WITHOUT PREJUDICE**<br><br>Complaint Filed: September 11, 2018<br>Trial Date: TBD |
| AIDEN LAPRETE POWELL,<br><br>Counterclaimant,<br><br>vs.<br><br>ANDREW C ZDANKOWSKI aka AIDEN JAMES, an individual,<br><br>Counterdefendant. | |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

Having reviewed the stipulation between Plaintiff/Counterdefendant ANDREW C ZDANKOWSKI aka AIDEN JAMES and Defendant/Counterclaimant AIDEN LAPRETE POWELL, IT IS HEREBY ORDERED THAT:

The proceedings are dismissed without prejudice.

Dated: August 29, 2019

_____
U.S. District Court Judge
HONORABLE ANDRE BIROTTE, JR.